E-filing

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name **Garza** **Ramiro** **M G**
     (Last)        (First)         (Initial)

Prison Number **F04325**

Institutional Address **RICHARD J. DONOVAN CORRECTIONAL FACILITY 480 ALTA ROAD SAN DIEGO, CA 92179**

---

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 2571 (PR)

**Ramiro Garza**
Full Name of Petitioner

vs.

Case No. **F026707 31-9**
(To be supplied by the Clerk,
U.S. District Court)

Name of Respondent
(Warden or jailor)

PETITION FOR WRIT OF HABEAS CORPUS

---

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma.

If you file in the Northern District because you are now in a prison in this District but you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court in which is located the State court which convicted and sentenced you. The Federal District Courts in California prefer that a petition should be considered in the district of conviction and sentencing. The records can be more easily consulted and witnesses are available if a hearing is necessary.

If you were convicted and sentenced and are not now in a prison in the Northern District, do not file in this District. If you do, your petition will be denied for lack of jurisdiction of the subject matter and you will have to refile in the district of sentencing.

Who To Name As Respondent

You must name the person in whose actual custody you are. This usually means the warden or jailor. Do not name the State of California, a city, a county, or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the State judgment against which you seek relief but may be subject to such custody in the future (e.g. detainers), you must name the person in whose custody you are now and the attorney general of the State in which the judgment which you seek to attack was entered.

PART A                                   JURISDICTION

The federal district court can only consider your petition if you satisfy certain jurisdictional requirements. The information below will allow the court to determine whether those requirements are met.

1. For what crime were you sentenced? (If you seek habeas corpus based upon a sentence for more than one crime, list each crime sparately, using Penal Code numbers if known. If you are seeking habeas corpus as to more than one sentence, a different petition should be filed for each sentence.

_245 A assault with a Deadly weapon_
_Broke probation got LID time_
_13 years_

2. The sentence from which you seek relief is as follows:

   (a) Name and location of court which imposed sentence (for example, Alameda County Superior Court, Oakland):

   _Fresno CA Jailhouse_
   Court                                 Location

   (b) Case number, if known   _F0267073;-9_

   (c) Date and terms of sentence   _13 years prison_

   (d) Are you now in custody serving this term? Yes /☒/  No /☐/

(Custody means being in jail, on parole or probation. You are not in custody if you are released on bail, on your own recognizance or if there is a stay of execution of sentence.)

Where?   _San Diego_
         (Name of Institution)               (Address)

3. What post-conviction relief have you sought?

## APPEAL

(a) Did you take an appeal from your conviction?   Yes /_/   No /X/

(b) To what court(s)?    Check

    Court of Appeal         Yes /X/   No /_/   Fresno Supreme
                                                                          (Give year)   (Result)

    Supreme Court of
    California            Yes /X/   No /_/   Fresno    NO
                                                                         (Give year)   (Result)

    Any other court        _____
                                       (Give name and year:  Result)

(c) If you appealed, were the grounds the same as those which will be set forth in this petition?   Yes /_/   No /_/

(d) Was any opinion rendered?   Yes /_/   No /_/

(e) If you did not appeal, what were your reasons?

_____

_____

_____

(f) Did you seek permission to file a late appeal under Rule 31(a)?

    Yes /X/   No /_/

If you answered "Yes" give _____
                                       (Name of Court)

Judge read right to Appeal
                            (and result)

## OTHER POST-CONVICTION REVIEW

(g) Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?   Yes /X/   No /_/

(h) If you answered "Yes" give the following information about each proceeding. (Use back side of this page if you need more space. Fill in the same questions for each.)

I. Name of Court   Fresno CA Supreme Court

   Type of Proceeding   ~~when~~ I went to court /ass

Grounds raised (Be brief and specific):

a. loss for two years
b. Straight in a row
c. over 7 times I fill out
d. a form to due my case
e. Over

Result   NO         Date of Result _____

Citation of opinion, if any and known _____

II. Name of Court   Fresno CA

Grounds raised (Be brief and specific):

a. to get out of prison.
b. I had Attempt Murder
c. got probation for 5 years
d. 13 year LID I got
e. into a program sent to

Result _____   Date of Result _____

Citation of opinion, if any and known _____

III. Name of Court _____

Grounds raised (Be brief and specific):

a. got 13 years for a
b. self defense fight
c. when I was at the program
d. I had 1 year program
e. 5 years probation 13 year LID

Result _____   Date of Result _____

Citation of opinion, if any and known _____

(i) If you answered "No" explain briefly why you have not sought any post-conviction review?

_Self defense fight my word over his_

(j) Is any petition or other post-conviction preceeding now pending in any court?    Yes /☒/    No /☐/

_Fresno ~~So~~ Jail_
(Name and location of Court)

PART B - TRIAL INFORMATION

4. Check if any of the following were held in your case?

Arraignment: Yes /☒/ No /☐/    Preliminary Hearing: Yes /☒/ No /☐/

Motion to Suppress: Yes /☐/ No /☐/

5. Check whether a finding of guilty was made after a plea of

   Guilty /☐/    Not Guilty /☒/    Nolo Contendere /☐/

   Any other plea _____
                         (Specify)

6. Check kind of trial:

   Jury /☐/    Judge alone /☒/

   Judge alone on a transcript /☒/

7. Did you testify at your trial?    Yes /☒/ No /☐/

PART C - GROUNDS FOR RELIEF FROM CONVICTION

State briefly and concisely every ground which you believe supports your claim that you are being held in unlawful confinement. This means telling the court the facts upon which you rely. You should avoid legal arguments with numerous case citations. Thus, what legal right or privilege were you deprived of in your case? What happened to deprive you of this right? Who made the error of which you complain? What did he do wrong? When did he do it? If you lack space to state all your grounds, use the back side of the page.

NOTE WELL: You should state all possible grounds for relief from the conviction described in Part A in this petition. If you fail to set forth your grounds now, you may bar yourself from presenting such grounds at a later date, or the respondent may assert successfully that a second petition from you is an abuse of the federal habeas corpus remedy.

8. Grounds for Relief

(a) Ground One: I had Attempt murder got 1year program 5 years

Supporting Facts: probation 13 year (ID) I got 13 year LID for a fist fight when I was at the program self defense

(b) Ground Two: A guy hit me I hit Back for self defense

Supporting Facts: I already ~~to the~~ went threw all Step's Now I need you to do me case

(c) Ground Three: _____

Supporting Facts: _____

9. If any of the grounds listed were not previously presented to any other court, state briefly which grounds were not so presented and why:

10. Supporting cases, if any. List by name and citation only, the cases which you think are close factually to yours so that it is an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

_____
_____
_____
_____
_____

PART D - ATTORNEY INFORMATION

11. Give the name and address of each attorney who represented you in the proceedings attached here.

(a) Arraignment _____

(b) At preliminary hearing _____

(c) At time of plea _____

(d) At trial _____

(e) At sentencing _____

(f) On appeal _____

(g) Other post-conviction proceeding _____

_____

12. Was the attorney hired by you or your family?   Yes /__/  No /__/

   Appointed by the Court?   Yes /__/  No /__/

   Are you alleging as one ground for relief that your attorney gave you ineffective legal assistance? If so, whom and at what stage?

_____

13. If you did not have an attorney represent you, did you represent yourself?   Yes /__/  No /__/

   With consent of Court:   Yes /__/  No /__/

14. Are you represented by an attorney in this petition?   Yes /__/  No /__/

If you answered "Yes" give name and address of your attorney:

_____

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

Executed at _____ Dated: _____

_____
Signature of Petitioner

### FORMA PAUPERIS AFFIDAVIT
(See Instructions of this form)

I hereby apply for leave to proceed with this habeas corpus petition without prepayment of fees or costs or security therefor. In support of my application, I state that the following facts are true:

(1) I am the petitioner in said petition, and I believe I am entitled to redress.

(2) I am unable to pay the costs of said action or give security because:

*I have no money*

_____

_____

_Ramiro Munoz Garza_
Signature of Petitioner
(Sign here only if you seek to proceed without payment of fees)

STATE OF _California_ )
COUNTY OF _San Diego_ )

I declare under penalty of perjury that the foregoing is true and correct.

Signed on _R_____
     (Date)

_Ramiro Munoz Garza_
Signature of Petitioner