E-filing

FILED

08 JUN -2 PM 1:44

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|                          |                                                                   |
|--------------------------|-------------------------------------------------------------------|
| Plaintiff,               | CASE NO. _____ **JSW (PR)**                                     |
| vs.                      | **PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**           |
| Defendant.               |                                                                   |

I, Ramico M Garza declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1:    Are you presently employed? Yes ____ No  ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____ I have no money _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9       a.    Business, Profession or                    Yes ____ No ____

10            self employment

11      b.    Income from stocks, bonds,                  Yes ____ No ____

12            or royalties?

13      c.    Rent payments?                              Yes ____ No ____

14      d.    Pensions, annuities, or                     Yes ____ No ____

15            life insurance payments?

16      e.    Federal or State welfare payments,          Yes ____ No ____

17            Social Security or other govern-

18            ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount

20 received from each.

21  _____

22  _____

23 3.    Are you married?                                 Yes ____ No ____

24 Spouse's Full Name: _____

25 Spouse's Place of Employment: _____

26 Spouse's Monthly Salary, Wages or Income:

27 Gross $_____  Net $_____

28 4.    a.    List amount you contribute to your spouse's support:$ _____

1       b.     List the persons other than your spouse who are dependent upon you for

2            support and indicate how much you contribute toward their support.  (NOTE:

3            For minor children, list only their initials and ages.  DO NOT INCLUDE

4            THEIR NAMES.).

5      _____

6

7    5.    Do you own or are you buying a home?       Yes ____ No __✓__

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?           Yes ____ No __✓__

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $_____

12   Monthly Payment: $_____

13   7.    Do you have a bank account?  Yes _____ No _____ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s):  $_____

17   Do you own any cash?  Yes ____ No __✓__ Amount: $_____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.)   Yes ____ No __✓__

20   _____

21   8.    What are your monthly expenses?

22   Rent:  $_____  Utilities: _____

23   Food:  $_____  Clothing: _____

24   Charge Accounts:

25   Name of Account       Monthly Payment       Total Owed on This Acct.

26   _____   $_____   $_____

27   _____   $_____   $_____

28   _____   $_____   $_____

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to

2  whom they are payable. Do not include account numbers.)

3  _____

4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes _____   No _____

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____

10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court

12 the initial partial filing fee and all installment payments required by the court.

13     I declare under the penalty of perjury that the foregoing is true and correct and

14 understand that a false statement herein may result in the dismissal of my claims.

15

16 _5-28-08_____          _Ramon Garza_____

17      DATE                         SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1

2       Case Number: __F 0 2 6 7 0 7 3 1 - 4__

3

4

5

6

7

8                          **CERTIFICATE OF FUNDS**

9                                    **IN**

10                         **PRISONER'S ACCOUNT**

11

12          I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of _____ for the last six months
                                                    [prisoner name]
14   _____ where (s)he is confined.
                    [name of institution]
15          I further certify that the average deposits each month to this prisoner's account for the

16   most recent 6-month period were $ _____ and the average balance in the prisoner's

17   account each month for the most recent 6-month period was $_____.

18

19   Dated:_____            _____
                                                    [Authorized officer of the institution]
20

21

22

23

24

25

26

27

28

- 5 -

E-filing

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

**RECEIVED** MAY 2 0 2008 RICHARD W. WIEKING NORTHERN DISTRICT OF COURT CALIFORNIA

**FILED** MAY 21 PM 1:58 RICHARD W. CLERK DISTRICT COURT CALIFORNIA

Name  Garza          Ramiro          M
     (Last)          (First)         (Initial)

Prison Number  F04325

Institutional Address  RICHARD J. DONOVAN CORRECTIONAL FACILITY
480 ALTA ROAD SAN DIEGO, CA 92179

**RECEIVED** CATHY A CATTERSON, CLERK U.S. COURT OF APPEALS

MAY 0 8 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED DOCKETED DATE JSW**

CV 08    2571    (PR)

Ramiro Garza
Full Name of Petitioner

vs.

Case No.  F 026707 31-9
(To be supplied by the Clerk,
U.S. District Court)

Name of Respondent
(Warden or jailor)

PETITION FOR WRIT OF HABEAS CORPUS

Read Comments Carefully Before Filling In

**When and Where to File**

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma.

If you file in the Northern District because you are now in a prison in this District but you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court in which is located the State court which convicted and sentenced you. The Federal District Courts in California prefer that a petition should be considered in the district of conviction and sentencing. The records can be more easily consulted and witnesses are available if a hearing is necessary.

If you were convicted and sentenced and are not now in a prison in the Northern District, do not file in this District. If you do, your petition will be denied for lack of jurisdiction of the subject matter and you will have to refile in the district of sentencing.